AO 455(Rev. 5/85) Waiver of Indictment

FILED
APR - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

## *UNITED STATES DISTRICT COURT*

## *SOUTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA

v.

JORGE LUIS BURGOS-DEBOS,
T/N: ROBERTO MATEO SEBASTIAN,

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr 977 - L

I, ROBERTO MATEO SEBASTIAN, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/1/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Roberto sebastian Mateo
Defendant

X [signature]
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER